## AGNEW v. STATE.

No. 22511.

Court of Criminal Appeals of Texas.

May 19, 1943.

Alex P. Pope, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for operating an automobile on a public highway while appellant was intoxicated. Punishment was assessed at a fine of fifty dollars.

The complaint and information properly charge the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.